THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE JACKSON, Defendant-Appellant.

(No. 58631;

First District (3rd Division)—August 30, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.